UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 11-31253-LMI

NESTOR F SALAZAR
ROSALINA SALAZAR
    Debtor
_____/

MOTION TO MODIFY PLAN TO INCREASE PLAN BASE DUE TO
PAYMENTS RECEIVED BY CREDITOR OUTSIDE OF THE PLAN
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Motion to Modify Plan to Increase Plan Base Due to Payments Received by the Creditor Outside of the Plan and states as follows:

1) Synchrony Bank is a creditor receive a pro rata distribution in the plan.

2) Synchrony Bank conducted an internal audit and determined that they received funds directly from the debtor on their claim.

3) The Trustee has received a payment of 63.99 in this case from Synchrony Bank which is the amount of the funds paid directly on the claim.

3) The direct payments represent disposable income.

WHEREFORE, the Trustee requests that this Court enter an order increasing the

plan base by 63.99 for payment to the unsecured creditors.

                                        RESPECTFULLY SUBMITTED:

                                              NANCY K. NEIDICH, ESQUIRE
                                              STANDING CHAPTER 13 TRUSTEE
                                              P.O. BOX 279806
                                              MIRAMAR, FL 33027-9806

                                              By: /s/_____
                                              Amy Carrington, Esq.
                                              FLORIDA BAR NO: 101877

                              CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the and the Notice of Hearing generated by ECF was served through NEF on debtor's attorney

                                              NANCY K NEIDICH, ESQUIRE
                                              STANDING CHAPTER 13 TRUSTEE



**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy     2099     05/16/2016

Check No: 0358434 Acct No: 3299753808 Amount: $63.99 Batch: 910 Transaction: 10 Image: 1



BANK

Controlled Disbursement
Bank of America, N.A.
Atlanta, DeKalb County, Georgia

64-1278
611 GA

CHECK 0358434

DATE   May 4, 2016

AMOUNT

PAY     SIXTY THREE DOLLARS & 99 CENTS                         $ 63.99

Pay to the    NANCY N HERKERT
order of:     PO BOX 279806
              MIRAMAR, FL 33027

2016 MAY -9 AM 10:59

MARATHE 13 TRUSTEE

*Synchrony Bank*
AUTHORIZED SIGNATURE

⑈0358434⑈ ⑈061112788⑈ 329 975 3808⑈     11-31253



# SunTrust Lockbox Services

## Individual Batch Report

**13DE Neidich, Nancy    2099    05/16/2016**

Check No:  Acct No:  Amount:  Batch: 910 Transaction: 10 Image: 2

CHECK 0358434

11-31253
NESTOR SALAZAR
AN INTERNAL REVIEW HAS FOUND THAT FINANCE CHARGES AND/OR LATE FEES WERE INCORRECTLY CALCULATED ON YOUR ACCOUNT OR PAYMENTS WERE RECEIVED OUTSIDE OF THE BANKRUPTCY CASE. CONTACT #18005525239



**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy        2099      05/16/2016

Check No:  Acct No:  Amount:  Batch: 910 Transaction: 10 Image: 3

P.O. Box 964
Atlanta, GA 30301

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
OMAHA, NE
PERMIT NO 1527

DATED MATERIAL OPEN IMMEDIATELY

NANCY N HERKERT
PO BOX 279806
MIRAMAR, FL 33027

CRU-IP1    33027
3434    232